# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007

**David E. Patton**
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 1, 2020

**VIA ECF**
The Honorable Katherine H. Parker
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/01/2020

**Re:    United States v. Christopher Ferrera**
        **20 Mj. 9449**

Honorable Judge Parker:

I write with the consent of the government to respectfully request that the Court modify Mr. Christopher Ferrera's bail conditions. Specifically, I request that the Court allow Mr. Ferrera to travel to Reading, Pennsylvania for a family gathering on October 10, 2020 and return to New York on October 11, 2020.

On September 15, 2020, Mr. Ferrera was released on his own recognizance. We have been in touch with AUSA Thomas Burnett in this case and he has indicated that the Government does not object to this travel request. Mr. Ferrera is supervised by a Pretrial Services Officer in the Southern District of New York, who has been given the details of Mr. Ferrera's travel plans. They have no objection to this request. Thank you for your consideration of this matter.

Respectfully Submitted,

/s/ *Marisa K. Cabrera*
Marisa Cabrera
Assistant Federal Defender
(212) 417-8730

**SO ORDERED:**

*Katherine H Parker*
_____
**HONORABLE KATHERINE H. PARKER**
**10/01/2020**